

**NUMBER 13-20-00576-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

RUBEN ECHAVARRIA,                                        APPELLANT,

v.

THE STATE OF TEXAS,                                        APPELLEE.

---

### On Appeal from the 156th District Court
### of Bee County, Texas.

---

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

This cause is before the Court on appellant's motion for finding of right of appeal. Appellant, Ruben Echavarria, has filed a notice of appeal with this Court from his conviction in trial court cause number B-18-2009-0-CR-B. The trial court's certification of the defendant's right to appeal shows that the defendant has waived the right of appeal. *See* TEX. R. APP. P. 25.2(a)(2).

On January 4, 2021, we ordered appellant's counsel to, within thirty days, review the record and advise this Court as to whether appellant has a right to appeal. *See* Tex. R. App. P. 44.3, 44.4. Counsel responded to the order by filing a letter and motion wherein appellant asserts the record exhibits a right to appeal that should be recognized.

Therefore, we CARRY appellant's motion for finding of right of appeal, ABATE this appeal, and REMAND the cause to the trial court for a hearing to determine whether the appellant has the right of appeal. We further direct the trial court to issue findings of fact and conclusions of law regarding these issues. The trial court's amended certification, if any, and any orders it enters shall be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
3rd day of March, 2021.